ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
JAAAT Technical Services, LLC ) ASBCA No. 61381
)
Under Contract No. W912HN-10-D-0063 )

APPEARANCE FOR THE APPELLANT: Mr. Rick B. Barnhill
  Administrator

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
  Laura J. Arnett, Esq.
  Allie E. Vandivier, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Savannah

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: March 19, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61381, Appeal of JAAAT Technical Services, LLC, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals